JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Maureisha Carter,<br><br>       Plaintiff,<br><br>  v.<br><br>Golden State FC LLC, et al.,<br><br>       Defendant(s). | EDCV 18-01111 JVS (SHKx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 90 days</u>, to reopen the action if settlement is not consummated.

DATED: October 22, 2018

                                                        James V. Selna
                                       United States District Judge