Roman Otkupman, CSBN 249423
Roman@OLFLA.com
Meghan Maertz, CSBN 276976
Meghan@OLFLA.com
**OTKUPMAN LAW FIRM, A LAW CORPORATION**
28632 Roadside Drive, Suite 203
Agoura Hills, CA 91301
Telephone: (818) 293-5623
Facsimile: (888) 850-1310

Attorneys for Plaintiff,
MAUREISHA CARTER

Barbara J. Miller, CSBN 167223
Barbara.miller@morganlewis.com
Alejandro David Szwarcsztejn, CSBN 272371
David.szwarcstejn@morganlewis.com
Bart Quinatns, CSBN 308085
Bart.quintans@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
600 Anton Boulevard
Suite 1800
Costa Mesa, CA 92626-7653
Telephone: (714)830-0600
Facsimile: (714)830-0700

Attorneys for Defendant,
GOLDEN STATE FC LLC

## UNITED STATES DISTRICT COURT

## CENTTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREISHA CARTER, | CASE NO.: 5:18-cv-01111-JVS-SHK |
| Plaintiff, | |
| vs. | **ORDER DISMISSING PLAINTIFF MAUREISHA CARTER'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS AND PAGA CLAIMS WITHOUT PREJUDICE** |
| GOLDEN STATE FC LLC, an Ohio Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

-1-

Having considered the Joint Stipulation and Request For Dismissal submitted by Plaintiff Maureisha Carter and Defendant Golden State FC LLC, and good cause appearing, the Court HEREBY ORDERS AS FOLLOWS:

Pursuant to Rule 41(a) and as to all parties: (1) Plaintiff's individual claims in the above-referenced action, including her individual claim brought under the Private Attorneys General Act ("PAGA"), are hereby DISMISSED WITH PREJUDICE; and (2) the putative class claims and the PAGA claims as to the State and other allegedly aggrieved employees in the above-referenced action are hereby DISMISSED WITHOUT PREJUDICE.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 09, 2019

_____

James V. Selna
United States District Judge

JOINT STIPULATION AND ORDER FOR DISMISSAL